People of the State of Illinois, Plaintiff-Defendant in Error, v. James Griffis, Defendant-Plaintiff in Error.

Gen. No. 10,162.

Third District.
October 16, 1958.
Released for publication November 3, 1958.

Harris and
Harris for plaintiff in error; William L. Randolph, State's Attorney, for defendant in error. Opinion by PRESIDING JUSTICE ROETH. Not to be published in full.